# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CASE NO.: 18-00213-KD |
| ) | |
| TARALICIA P. WITHERSPOON ) | |
|     Defendant. ) | |

## DEFENDANT'S POSITION WITH REGARD TO SENTENCING FACTORS

COMES NOW Taralicia P. Witherspoon, by and through undersigned counsel, and hereby gives notice that she has no objections to the Presentence Investigation Report (Doc. 72), filed April 15, 2019. Respectfully submitted this ____10th____ day of May, 2019.

/s/ LaWanda J. O'Bannon
LAWANDA J. O'BANNON
Georgia State Bar No. 548470
Federal Defenders Organization, Inc.
11 North Water St., Suite 11290
Mobile, AL 36602
Phone: (251) 433-0910
Fax: (251) 433-0686

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading will be served upon Assistant U.S. Attorney, George May, and U.S. Probation Officer, Kelli M. Cleveland, by electronic filing of the same with the Clerk of Court which will notify each party on today __May__ 10, 2019.

/s/ LaWanda J. O'Bannon
LAWANDA J. O'BANNON